Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JAMES STEWART, SUE PEARCE, JOSEPH VIZZARD, WILIE JONES, TOLAN FURUSHO and KEITH ROBERTSON, derivatively on behalf of Goldtech Mining Corporation, a Nevada corporation

Plaintiff,

vs.

TRACY KROEKER, RALPH JORDAN, JACK LASKIN, NANCY EGAN, RICHARD SMITH and SERGE BOURGOIN,

Defendants

NO. CV4-2130L

**ORDER GRANTING DEFENDANTS' MOTION TO FILE OVERLENGTH BRIEF**

Noted for Monday, July 11, 2005

This matter came before the Court upon Defendants' (Kroeker, Laskin, Egan and Jordan) Motion for Leave to File an Overlength Brief in opposition to Plaintiffs' Motion for Leave to Amend the Complaint. Defendants seek an extension of three pages, for a total of 15 pages. Defendants' request is based upon the fact that Plaintiffs seek leave to add 12 new claims based on "newly discovered evidence" to the complaint and filed over 130 pages of attachments and exhibits in support of their Motion for Leave to Amend.

In order to adequately respond to this voluminous pleading in opposition, Defendants were forced to exceed the 12-page limit.

Because the defendants' request for leave to exceed the page limit by three pages is reasonable under the circumstances, the Court hereby orders that defendants' Motion is GRANTED.

Entered this 11th day of July, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING DEFENDANTS' MOTION TO FILE
OVERLENGTH BRIEF - 2