UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
JAMES STEWART, *et al.*,                )
                                        )  Case No. C04-2130L
               Plaintiffs,  )
    v.                                       )
                                        )  ORDER
TRACY KROEKER, *et al.*,                )
               Defendants.  )
_____)

This matter comes before the Court on plaintiffs' "Motion for Leave to File Overlength Brief." Dkt. # 65. On July 11, 2005, the Court authorized defendants to file a fifteen page opposition to plaintiffs' motion to amend. Pursuant to Local Civil Rule 7(f)(4), the reply brief was automatically extended to "one-half the total length of the brief filed in opposition." Plaintiffs' request for permission to file a 7.5 page reply brief is, therefore, unnecessary and is hereby STRICKEN.

DATED this 18th day of July, 2005.

                                        /s/ Robert S. Lasnik
                                      Robert S. Lasnik
                                      United States District Judge

ORDER