UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
JAMES STEWART, *et al.*,            )
                                    )  Case No. C04-2130L
            Plaintiffs,             )
     v.                             )
                                    )  ORDER GRANTING MOTION TO
TRACY KROEKER, *et al.*,            )  WITHDRAW
                                    )
            Defendants.             )
_____)

This matter comes before the Court on the "Motion to Withdraw by Alexander A. Baehr and Holland & Knight as Attorneys on Behalf of Kroeker, Jordan[,] Laskin & Egan." Dkt. # 120. Plaintiffs do not object to Mr. Baehr's withdrawal, but seek an order compelling the production of responses to outstanding discovery and the provision of contact information for Mr. Baehr throughout the pendency of this litigation. Plaintiffs' discovery-related request is untimely under the Third Order Setting Trial Date & Related Dates (dated 9/22/05): such motions were to be noted on the Court's calendar no later than November 4, 2005. Although the basis and justification for plaintiffs' second request is unclear, Mr. Baehr does not object to providing the requested contact information.

For all of the foregoing reasons, the motion to withdraw is GRANTED. Mr. Baehr shall provide updated contact information throughout the pendency of this litigation by filing one or more notices in the above-captioned matter.

ORDER GRANTING MOTION TO WITHDRAW

1   DATED this 25th day of January, 2006.

2

3   _MRS Lasnik_
    Robert S. Lasnik
4   United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING MOTION TO WITHDRAW    -2-