UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES STEWART, SUE PEARCE, JOSEPH VIZZARD, WILIE JONES, TOLAN FURUSHO, and KEITH ROBERTSON, derivatively on behalf of Goldtech Mining Corporation, a Nevada Corporation<br><br>Plaintiffs,<br><br>vs.<br><br>TRACY KROEKER, RALPH JORDAN, JACK LASKIN, NANCY EGAN RICHARD SMITH, and SERGE BOURGOIN,<br><br>Defendants. | Case No. CV04-2130L<br><br>MEMORANDUM OF DECISION |

This matter came to trial as scheduled on May 3, 2006. Plaintiffs James Stewart, Sue Pearce, Joseph Vizzard, and Tolan Furusho appeared through their attorney, Tracy M. Shier. Defendant Tracy Kroeker, the only remaining defendant in this case, did not appear.

Plaintiffs offered as proof of defendant Kroeker's liability the records submitted in connection with defendants' two motions for summary judgment. In light of Kroeker's failure to appear and present contrary evidence, the Court finds that it was, as plaintiff Furusho stated, Kroeker who requested that S-8 stock be issued to Richard Smith, that Smith never performed any services for Goldtech Mining Corporation, and that Kroeker wilfully and intentionally breached her duty of care by initiating an improper securities transfer in violation of federal law.

MEMORANDUM OF DECISION - 1

At trial, plaintiffs presented evidence quantifying the damages suffered by Goldtech Mining Corporation as a result of the improper transfer of 500,000 shares to Richard Smith.  The Court finds that, on or about the date of the transfer, the shares were selling for $0.90 per share, for a total loss of $450,000.

For all of the foregoing reasons, the Clerk of Court is directed to enter judgment in favor of Goldtech Mining Corporation and against defendant Tracy Kroeker in the amount of $450,000.

DATED this 4th day of May, 2006.

*[signature]*
Robert S. Lasnik
United States District Judge

MEMORANDUM OF DECISION - 2