UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES STEWART, SUE PEARCE, JOSEPH VIZZARD, WILIE JONES, TOLAN FURUSHO, and KEITH ROBERTSON, derivatively on behalf of Goldtech Mining Corporation, a Nevada Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>TRACY KROEKER, RALPH JORDAN, JACK LASKIN, NANCY EGAN RICHARD SMITH, and SERGE BOURGOIN,<br><br>Defendants. | Case No.  CV04-2130RSL<br><br>ORDER STRIKING NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

This matter comes before the Court on the "Notice of Withdrawal and Substitution of Counsel" (Dkt. #169).  Under Local General Rule 2(g)(4)(A):

> No attorney shall withdraw an appearance in any cause, civil or criminal, except by leave of court.  Leave shall be obtained by filing a motion or a stipulation for withdrawal[.] . . .  A motion for withdrawal shall be noted in accordance with CR 7(d)(2) . . . and shall include a certification that the motion was served on the client and opposing counsel.  A stipulation for withdrawal shall also include a certification that it has been served upon the client.

Plaintiffs' counsel did not obtain leave of court as required by this rule.  Accordingly, the "Notice of Withdrawal and Substitution of Counsel" (Dkt. #169) is hereby STRICKEN because it does not comply with Local General Rule 2(g)(4)(A).  Counsel is strongly urged to comply

ORDER STRIKING NOTICE OF
WITHDRAWAL AND SUBSTITUTION
OF COUNSEL - 1

1   with the local rules in any subsequent request for withdrawal.

2

3        DATED this 12th day of February, 2007.

4

5                                   /s/ Robert S. Lasnik
                                    _____
6                                   Robert S. Lasnik
                                    United States District Judge

7

ORDER STRIKING NOTICE OF
WITHDRAWAL AND SUBSTITUTION
OF COUNSEL - 2